IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-193-D

IBRAHIM OUDEH and )
TERESA SLOAN-OUDEH, )
 )
 )
               Plaintiffs, )
 )
v. )
 )
GOSHEN MEDICAL CENTER, INC., )
 )
               Defendant. )

On June 24, 2022, plaintiffs Ibrahim Oudeh and Teresa Sloan-Oudeh ("plaintiffs") moved to dismiss this action as to Third-Party Defendants United States of America and State of North Carolina (collectively, "governments") and to remand this action to Cumberland County Superior Court [D.E. 18] and filed a memorandum in support of remand [D.E. 19]. On July 12, 2022, the United States responded in opposition [D.E. 20] and Goshen Medical Center, Inc. responded in opposition [D.E. 21].

The court has reviewed the record and governing law. The United States properly removed this action, this court has subject-matter jurisdiction, and the governments are necessary parties. Thus, the court DENIES plaintiffs' motion to remand [D.E. 18].

SO ORDERED. This 8 day of December, 2022.

JAMES C. DEVER III
United States District Judge