UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IBRAHIM OUDEH, and TERESA SLOAN-OUDEH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOSHEN MEDICAL CENTER, INC., ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:22-CV-193-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 23] and DISMISSES WITH PREJUDICE plaintiffs' complaint.

**This Judgment Filed and Entered on December 30, 2022, and Copies To:**

| | |
|---|---|
| Jose A. Coker | (via CM/ECF electronic notification) |
| R. Jonathan Charleston | (via CM/ECF electronic notification) |
| George J. Oliver | (via CM/ECF electronic notification) |
| Stephen W. Petersen | (via CM/ECF electronic notification) |
| Neal Fowler | (via CM/ECF electronic notification) |
| Lareena Jones-Phillips | (via CM/ECF electronic notification) |

DATE:

December 30, 2022

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk