UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

IBRAHIM OUDEH and TERESA           )
SLOAN-OUDEH,                       )
                                   )
            Plaintiffs,            )
                                   )        **JUDGMENT IN A CIVIL CASE**
vs.                                )        **CASE NO. 5:22-CV-193-D**
                                   )
GOSHEN MEDICAL CENTER, INC.,       )
                                   )
                                   )
                                   )
            Defendant.             )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant
Goshen's motion for sanctions [D.E. 35], DENIES as moot Goshen's motions to strike and
the Charleston Group's motion for leave to file a surreply [D.E. 51, 54, 56], and ASSESSES
a $10,000;00 sanction in favor of defendant and against plaintiffs' counsel Johnathan
Charleston and Jose Coker of the Charleston Group.

This Judgment filed and entered on August 16, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

August 16, 2024                          Peter A. Moore, Jr.
                                         Clerk of Court


                                    By: /s/ Stephanie Mann
                                         Deputy Clerk